UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CORY LAMONT THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | Case No. C08-5234BHS<br><br>ORDER |

Plaintiff was previously in custody of the Washington Department of Corrections. He has been released pending an appeal of his conviction. Plaintiff's amended application to proceed *in forma pauperis* is GRANTED. Plaintiff's motion for reconsideration of the court's order issued on May 30, 2008, is DENIED.

The court has reviewed the record and the Complaint. However, Plaintiff has failed to provide marshals forms and/or copies of the Complaint for each defendant named in the Complaint. The court explained in its previous order that Plaintiff was required to submit the forms and copies of the Complaint, which are required to properly effect service in this matter. Accordingly, Plaintiff shall submit the necessary forms **by no later than August 25, 2008**, otherwise the court will recommend dismissal of this matter for lack of prosecution.

DATED this 24th day of July, 2008.

                                                  */s/ J. Kelley Arnold*
                                                  J. Kelley Arnold
                                                  United States Magistrate Judge