UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CORY LAMONT THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS *et al*.,<br><br>Defendants. | Case No. C08-5234BHS/JKA<br><br>ORDER |

The Court, having reviewed, plaintiff's motion asking the court to pay for service copies, or in the alternative for stay of the action, or appointment of counsel, does hereby **DENY** the motion.

Plaintiff has been given nearly half a year to provide service documents and he has failed to comply with this court's orders.

The clerk is directed to sent a copy of this order to plaintiff and remove docket number 12 from the court's calendar.

DATED this 7 day of October, 2008.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 1