UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CORY LAMONT THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | Case No. C08-5234BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge. Dkt. 14. The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED without prejudice** for failure to prosecute and failure to comply with court orders.

DATED this 7th day of November, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　
BENJAMIN H. SETTLE
United States District Judge

ORDER