AO 450 (Rev. 5/85) Judgment in a Civil Case ⊜

# United States District Court

WESTERN DISTRICT OF WASHINGTON

CORY LAMONT THOMAS

v.

DEPARTMENT OF CORRECTIONS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5234BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED without prejudice** for failure to prosecute and failure to comply with court orders.


| November 10, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk